# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0517. MARVIN CRAIG ASH v. THE STATE.**

Marvin Craig Ash has filed a pro se notice of appeal of the trial court's order revoking his probation. Pretermitting whether Ash was represented by counsel when he filed his notice of appeal, which would render the appeal a nullity, see *White v. State*, 302 Ga. 315, 319 (2) (806 SE2d 489) (2017), we lack jurisdiction based on Ash's failure to file an application for discretionary appeal.

An application for discretionary appeal is required to appeal orders revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Ash's failure to follow the required appellate procedure deprives us of jurisdiction. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/14/2019*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*